Roy B. MACK, Petitioner, v. Robert E. RILEY, Respondent.

(330 S. E. (2d) 285)

Supreme Court

## ORDER

May 13, 1985.

The writ of certiorari granted by this Court on December 4, 1984, 326 S. E. (2d) 650, is dismissed as improvidently granted.